IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NANCY K. ALLEN,** | 07-CV-6113-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

**MICHAEL A. KEENEY**
Marion-Polk Legal Aid Service, Inc.
1655 State Street
Salem, Oregon 97301
(503) 581-2627 ext. 17

       Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158

1  -  JUDGMENT

**DAVID MORADO**
Regional Chief Counsel
**DAPHNE BANAY**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2113

       Attorneys for Defendant

    Based on the Court's Opinion and Order (#19 ) issued August __, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

    DATED this 8th day of August, 2008.

                               /s/ Anna J. Brown

                               ANNA J. BROWN
                               United States District Judge